IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRT McCLEARY,

        Plaintiff,                      No. CIV S 09-1306 JAM KJM PS

    vs.

EL DORADO COUNTY, et al.,

        Defendants.               ORDER

                                    /

          Plaintiff, proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and has filed an affidavit in support of his request to proceed in forma pauperis. In the affidavit, signed under penalty of perjury, plaintiff states that he is not incarcerated. That statement is plainly contradicted by plaintiff's address of record, which is the El Dorado County Jail. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.[1]

//////

/////

---

[1] Plaintiff is advised that even if in forma pauperis status is granted, plaintiff will be required to pay the statutory filing fee of $350.00 for this action, in installments. See 28 U.S.C. §§ 1914(a), 1915(b)(1).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 25, 2009.

_____
U.S. MAGISTRATE JUDGE

006
mccleary.ifp